THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Robert Lee Robinson,
 Jr., Appellant.
 
 
 
 
 

Appeal From Sumter County
Ralph F. Cothran, Circuit Court Judge

Unpublished Opinion No. 2009-UP-619
 Submitted December 1, 2009  Filed
December 22, 2009    

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General A. West Lee, all of Columbia; and
 Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Robert
 Lee Robinson, Jr., pled guilty to possession of marijuana, third offense, and
 was sentenced to one year imprisonment and fined $500.  After paying the fine,
 Robinson's remaining sentence was suspended upon the service of two years'
 probation.  Robinson appeals, arguing his plea was not knowingly or voluntarily
 entered.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authority:  In re Arisha K.S., 331 S.C. 288, 293-94, 501 S.E.2d 128, 131
 (1998) (holding the voluntariness of a guilty plea must be raised by objection
 to the trial court in order to be preserved for appeal).
AFFIRMED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.